UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) CAUSE NO. 3:00-CV-446 RM ) |
| FIRST CHOICE MANAGEMENT SERVICES, INC., and GARY VANWAEYENBERGHE, | ) ) ) ) |
| Defendants | ) ) |

OPINION AND ORDER

The receiver electronically filed a motion for constructive trust accompanied by several supporting exhibits. Some of those exhibits became corrupted during the electronic filing process. The receiver then filed a motion for leave to file corrected versions of those same exhibits. The court now GRANTS the receiver's motion for leave to file corrected exhibits [docket no. 359] in support of his motion for constructive trust.

SO ORDERED.

ENTERED: June 1, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court